UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 2:92-cr-135-SPC-NPM

HUMBERTO MEYER

**ORDER**

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Superseding Indictment against Defendant Humberto Meyer. The United States Marshals Service provided verified information indicating that Defendant Meyer is deceased as of November 7, 2013, in the country of Colombia. Leave of Court is granted and the Superseding Indictment is dismissed against Defendant Humberto Meyer, in the above-captioned case. The Clerk of Court is directed to close the case as to Defendant Humberto Meyer.

**DONE AND ORDERED** in Fort Myers, Florida, on August 12, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: US Attorneys Office